UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ELLISSA WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-CV-142 |
| | ) | |
| CHRISTOPHER PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, Plaintiff's "Motion to Strike Affirmative Defenses" [doc. 17] is **GRANTED in part, and DENIED in part.** Plaintiff's motion is **GRANTED** as to the second portion of the second affirmative defenses, relating to the "actions of others," and the entirety of the fourth affirmative defense. These portions of Defendant's answer [doc. 15] are ordered **STRICKEN**. Plaintiff's motion is **DENIED** as to all other affirmative defenses.

  **IT IS SO ORDERED.**

                ENTER:

                  s/ Thomas W. Phillips
                SENIOR UNITED STATES DISTRICT JUDGE